1   KEMNITZER, BARRON & KRIEG, LLP
    ADAM J. MCNEILE        Bar No. 280296
2   KRISTIN KEMNITZER      Bar No. 278946
    42 Miller Ave., 3rd Floor
3   Mill Valley, CA  94941
    Telephone:  (415) 632-1900
4   Facsimile:  (415) 632-1901
    adam@kbklegal.com
5   kristin@kbklegal.com

6   Attorneys for Plaintiff KATRESE NICKELSON

7

8

9

10                  IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                       IN AND FOR THE COUNTY OF LOS ANGELES

12  KATRESE NICKELSON, individually and on          **Case No. 22STCV00951**
    behalf of the general public,
13                                                  **NOTICE OF CASE MANAGEMENT
                          Plaintiff,                CONFERENCE**
14
                     vs.                            Unlimited Civil Case
15
    BRIDGECREST ACCEPTANCE                          Date:  May 17, 2022
16  CORPORATION; and DOES 1 through 50,             Time:  8:30 a.m.
    inclusive,                                      Dept.:  56
17                                                  Hon. Holly J. Fujie
                          Defendants.
18                                                  Assigned for all purposes to Hon. Holly J.
                                               /    Fujie – Dept. 56
19

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21        PLEASE TAKE NOTICE that, pursuant to the attached Notice of Case Management

22  Conference, the above referenced court has scheduled a Case Management Conference on **May

23  17, 2022 at 8:30 a.m. in Department 56.**

24  Dated:  February 3, 2022              KEMNITZER, BARRON & KRIEG, LLP

25

26                                 By:   _____
                                         ADAM J. MCNEILE
27

28

                                         1
                            Notice of Case Management Conference

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

| | |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**01/11/2022**<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By  **B. Chavez**  Deputy |
| PLAINTIFF:<br>KATRESE NICKELSON | |
| DEFENDANT:<br>BRIDGECREST ACCEPTANCE CORPORATION | |
| **NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>22STCV00951 |

TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled at the courthouse address shown above on:

| Date: 05/17/2022 | Time: 8:30 AM | Dept.: 56 |
|---|---|---|

NOTICE TO DEFENDANT:  THE SETTING OF THE CASE MANAGEMENT CONFERENCE DOES NOT EXEMPT THE DEFENDANT FROM FILING A RESPONSIVE PLEADING AS REQUIRED BY LAW.

Pursuant to California Rules of Court, rules 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least 15 calendar days prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, § 68600 et seq.)

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions, pursuant to LASC Local Rule 3.37, Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.360 and 583.410, Government Code Section 68608, subdivision (b), and California Rules of Court, rule 2.2 et seq.

Dated: 01/11/2022

Holly J. Fujie
Holly J. Fujie / Judge
Judicial Officer

---

## CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below:

☑ by depositing in the United States mail at the courthouse in Los Angeles , California, one copy of the original filed herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid.

☐ by personally giving the party notice upon filing of the complaint.

Adam McNeile
42 Miller Ave.
3rd Floor
Mill Valley, CA 94941

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 01/11/2022

By  B. Chavez
Deputy Clerk

| | | |
|---|---|---|
| LACIV 132 (Rev. 07/13)<br>LASC Approved 10-03 | **NOTICE OF** | Cal. Rules of Court, rules 3.720-3.730<br>LASC Local Rules, Chapter Three |

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>01/11/2022<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: B. Chavez  Deputy |
| PLAINTIFF/PETITIONER:<br>KATRESE NICKELSON | |
| DEFENDANT/RESPONDENT:<br>BRIDGECREST ACCEPTANCE CORPORATION | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>22STCV00951 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.


Adam McNeile
Kemnitzer, Barron & Krieg
42 Miller Ave.
3rd Floor
Mill Valley, CA 94941


Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 01/11/2022

By: B. Chavez
Deputy Clerk

1

## PROOF OF SERVICE

2

**Re:** *Nickelson v. Bridgecrest Acceptance Corporation*
**Los Angeles County Superior Court Case No. 22STCV00951**

3

4      I, Sean R. Barry, certify that I am not a party to the proceeding herein, that I am and was

5   at the time of service over the age of 18 years old, and a resident of the State of California. My

6   business address is 580 California St., Ste. 1211, San Francisco, CA 94104.

7      On February 3, 2022, I served the following:

8   **NOTICE OF CASE MANAGEMENT CONFERENCE**

9   by depositing true copies thereof, enclosed in separate, sealed envelopes, each of which was

10  addressed respectively to the person(s) and address(es) shown below, for collection and

11  processing for mailing following this business' ordinary practice with which I am readily

12  familiar. On the same day correspondence is placed for collection and mailing, it is deposited in

13  the ordinary course of business with the United States Postal Service with the postage thereon

14  fully prepaid, in the United States mail at San Francisco, California.

15  **Koy Saechao**
**CSC**
16  **2710 Gateway Oaks Dr., Ste. 150N**
**Sacramento, CA 95833**
17  **Registered Agent for Defendant BRIDGECREST ACCEPTANCE CORPORATION**

18     I declare under penalty of perjury that the foregoing is true and correct.

19

20  Dated: February 3, 2022                                    _____
                                                            Sean R. Barry
21

22

23

24

25

26

27

28

Sean R. Barry
KEMNITZER, BARRON & KRIEG
580 California St., Ste. 1211
San Francisco, CA 94104

SAN FRANCISCO CA 940

3 FEB 2022 PM 3 L



stamps.com
$0.530
US POSTAGE
FIRST-CLASS
062S0010473981
94104

Koy Saechao
CSC
2710 Gateway Oaks Dr., Ste. 150N
Sacramento, CA 95833

95833-350224